656

No. 698. GRIFFIN *v.* APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK ET AL. March 27, 1939. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. William H. Griffin, Jr.* for petitioner. *Mr. Einar Chrystie* for respondents.

No. 699. SOUTHERN PACIFIC Co. *v.* HOSMAN. March 27, 1939. Petition for writ of certiorari to the District Court of Appeal, First Appellate District, of California, denied. *Mr. Arthur B. Dunne* for petitioner. *Mr. Louis E. Goodman* for respondent.

No. 703. KITE, ADMINISTRATRIX, *v.* FISHEL. March 27, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Daniel Thew Wright* for petitioner. *Mr. Irwin Geiger* for respondent.

No. 727. ZENITH RADIO CORP. *v.* HAZELTINE CORPORATION. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Irving Herriott* and *W. Ward Smith* for petitioner. *Messrs. Edward H. McDermott, Paul Armitage,* and *Elwood Hansmann* for respondent.

No. 700. MISSISSIPPI COTTONSEED PRODUCTS CO. ET AL. *v.* STONE, TAX COMMISSIONER, ET AL. April 3, 1939. Petition for writ of certiorari to the Supreme Court of